NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KEITH L. JONES, II,                          )
                                             )
             Appellant,                      )
                                             )
v.                                           )      Case No. 2D17-4112
                                             )
CHRISTINA M. JONES,                          )
                                             )
             Appellee.                       )
_____)

Opinion filed December 5, 2018.

Appeal from the Circuit Court for Polk
County; John Radabaugh, Judge.

Kevin P. Cox of Law Office of Kevin P.
Cox, Auburndale, for Appellant.

Robin H. Stevenson of Law Office of
Robin H. Stevenson, Bartow, for Appellee.


PER CURIAM.

             Affirmed.


KELLY, LUCAS, and SALARIO, JJ., Concur.